JOSEPH R. BECKETT, appellant,

v.

FERDINAND ANDORFER et al., respondents.

[Submitted July 7th, 1913.   Decided October 16th, 1913.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported *ante p. 125.*

*Mr. Austin H. Swackhamer,* for the appellant.

*Messrs. French & Richards,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, KALISCH, VREDEN-BURGH, CONGDON, TERHUNE, HEPPENHEIMER—12.

*For reversal*—None.